

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-16-00890-CV

**Praise Deliverance Church**

**v.**

**Jelinis, LLC and Hreal Companyy, LLC**

NO. 1080764 IN THE CO CIVIL CT AT LAW NO 3 OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $15.00 | 11/02/2017 | E-PAID | ANT |
| RPT RECORD | $110.70 | 11/17/2016 | PAID | ANT |
| CLK RECORD | $251.00 | 11/16/2016 | PAID | ANT |
| FILING | $175.00 | 11/15/2016 | E-PAID | ANT |
| STATEWIDE EFILING | $30.00 | 11/15/2016 | E-PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $581.70.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this 25th day of May, 2018.

CHRISTOPHER A. PRINE
CLERK OF THE COURT